# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | | |
|---|---|---|
| MEBRAT TESHOME, | ) | CASE NO. C05-1445-TSZ-MAT |
| Petitioner, | ) | |
| v. | ) | ORDER OF DISMISSAL |
| ATTORNEY GENERAL FOR THE STATE OF WASHINGTON, | ) | |
| Respondent. | ) | |

The Court, having reviewed Petitioner's 28 U.S.C. § 2254 petition, the Report and Recommendation of The Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's §2254 petition is DENIED, and this action is DISMISSED; and,

(3) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to Judge Theiler.

DATED this 9th day of December, 2005.

*/s/ Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

ORDER OF DISMISSAL
PAGE -1